WOODALL, Justice.
AFFIRMED. NO OPINION
See Ala. R.App. P. 53(a)(1) and (a)(2)(E); Evans v. Hightower, 117 F.3d 1318 (11th Cir.1997); Jenkins v. Talladega City Bd. of Educ., 115 F.3d 821 (11th Cir.1997); Richards v. Southeast Alabama Youth Sews. Diversion Ctr., 105 F.Supp.2d 1268 (M.D.Ala.2000); Couch v. City of Sheffield, 708 So.2d 144 (Ala.1998).
SEE, LYONS, BROWN, HARWOOD, and STUART, JJ., concur.
MOORE, C.J., and HOUSTON and JOHNSTONE, JJ., dissent.